# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

July 25, 2013

## Before

FRANK H. EASTERBROOK, *Chief Judge*

| | |
|---|---|
| No. 12-2511<br><br>DEREK REDMOND,<br><br>    *Petitioner-Appellee*,<br><br>    *v.*<br><br>MARY REDMOND,<br><br>    *Respondent-Appellant*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 11 C 8542<br>Charles R. Norgle, *Judge*. |

## Order

Chief Judge Easterbrook's dubitante in the slip opinion of this case issued on July 25, 2013, is amended as follows:

Page 41, 2nd paragraph, line 4, "order or decision" should be "order of decision" and on line 6, "custody" should be "guardianship".